```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff, <br><br>     v. <br><br> MIGUEL RONQUI RUIZ, <br><br>     Defendant. | Mag. 10-0268 GGH <br><br> STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |

IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Dina L. Santos, Counsel for Defendant Miguel Ronqui Ruiz, that the preliminary hearing scheduled for October 6, 2010, be continued to October 27, 2010, at 2:00 p.m.

The government has proposed pre-indictment resolution of this matter.  In light of the settlement discussions and the need to produce and review investigative reports, both parties are requesting additional time for attorney preparation.

The government and defendant agree that the combination of settlement discussions and production/review of investigation

reports constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv). This exclusion of time includes the period up to and including October 27, 2010.

   Dina Santos agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on her behalf.

DATED: October 5, 2010      By: /s/ Todd D. Leras
                                TODD D. LERAS
                                Assistant U.S. Attorney


DATED: October 5, 2010      By: /s/ Todd D. Leras for
                                DINA L. SANTOS
                                Attorney for Defendant
                                MIGUEL RONQUI RUIZ

**IT IS HEREBY ORDERED**:

   1.   The preliminary hearing set for October 6, 2010, is continued to October 27, 2010, at 2:00 p.m.

   2.   Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including October 27, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

   IT IS SO ORDERED.

Date: October 6, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2