```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    MIGUEL RONQUI RUIZ
 6
```

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

```
11  UNITED STATES OF AMERICA,       ) No. MAG 10-0268 GGH
                                    )
12                  Plaintiff,      )
                                    ) STIPULATION AND ORDER CONTINUING
13       v.                         ) PRELIMINARY HEARING TO 11/10/10
                                    )
14  MIGUEL RONQUI-RUIZ,             ) Date    NOV. 10, 2010
                    Defendant.      ) Time:   2:00 a.m.
15                                  )
    _____ )
16                                  )
```

17       IT IS HEREBY STIPULATED between Plaintiff United States of

18  America, by and through Assistant United States Attorney Todd D. Leras,

19  and Attorney Dina L. Santos, Counsel for Defendant Miguel Ronqui Ruiz,

20  that the preliminary hearing scheduled for October 27, 2010, be

21  continued to November 10, 2010, at 2:00 p.m.

22       The government has proposed pre-indictment resolution of this

23  matter.  In light of the settlement discussions and the need to produce

24  and review investigative reports, both parties are requesting

25  additional time for attorney preparation.

26       The government and defendant agree that the combination of

27  settlement discussions and production/review of investigation reports

28  constitute good cause to extend the time for preliminary hearing under

1  Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy
2  Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion of time
3  includes the period up to and including October 27, 2010.
4       All counsel agree with this request and have authorized Ms. Santos
5  to sign this stipulation on their behalf.

7  DATED: October 25, 2010            By: /s/ Dina L. Santos for
                                          TODD D. LERAS
8                                         Assistant U.S. Attorney

10 DATED: October 25, 2010            By: /s/ Dina L. Santos
                                          DINA L. SANTOS
11                                        Attorney for Defendant
                                          MIGUEL RONQUI RUIZ

**IT IS HEREBY ORDERED:**

1. The preliminary hearing set for October 27, 2010, is continued to November 10, 2010, at 2:00 p.m.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including November 10, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

IT IS SO ORDERED.

Date: October 25, 2010.

_____
U.S. MAGISTRATE JUDGE

Stipulation and Order