1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  )  Mag. 10-0268 GGH
12          Plaintiff,            )
                                  )  STIPULATION AND
13      v.                        )  ORDER CONTINUING PRELIMINARY
                                  )  HEARING
14                                )
   MIGUEL RONQUI RUIZ,            )
15                                )
            Defendant.            )
16 _____)

17

18      IT IS HEREBY STIPULATED between Plaintiff United States of

19 America, by and through Assistant United States Attorney Todd D.

20 Leras, and Attorney Dina L. Santos, Counsel for Defendant Miguel

21 Ronqui Ruiz, that the preliminary hearing scheduled for November

22 22, 2010 be continued to November 30, 2010, at 2:00 p.m.

23      The government has provided defense counsel with discovery,

24 a draft plea agreement and other documents in an effort to reach

25 pre-indictment resolution of the case.  Defense counsel needs

26 additional time to review the documents, using the assistance of

27 a Spanish interpreter to answer defendant's questions about the

28 various documents and the proposed resolution.

                                1

1    The government and defendant agree that the combination of

2  the settlement proposal and review of documents constitutes good

3  cause to extend the time for preliminary hearing under Federal

4  Rule of Criminal Procedure 5.1(d), as well as under the Speedy

5  Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion of time

6  includes the period up to and including November 30, 2010.

7    Dina Santos agrees to this request and has authorized

8  Assistant United States Attorney Todd D. Leras to sign this

9  stipulation on her behalf.

10

11 DATED: November 19, 2010          By: /s/ Todd D. Leras
                                        TODD D. LERAS
12                                      Assistant U.S. Attorney

13

14 DATED: November 19, 2010          By: /s/ Todd D. Leras for
                                        DINA L. SANTOS
15                                      Attorney for Defendant
                                        MIGUEL RONQUI RUIZ
16

17    **IT IS HEREBY ORDERED:**

18    1.   The preliminary hearing set for November 22, 2010, is

19 continued to November 30, 2010, at 2:00 p.m.

20    2.   Based on the stipulations and representations of the

21 parties, the Court finds good cause to extend the time for the

22 preliminary hearing, and time is excluded up to and including

23 November 30, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code

24 T4 (reasonable time to prepare)).

25    IT IS SO ORDERED.

26 Date: November 22, 2010        /s/ Gregory G. Hollows

27                               _____
                                 HONORABLE GREGORY G. HOLLOWS
28                               UNITED STATES MAGISTRATE JUDGE

2