```
DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
MIGUEL RONQUI RUIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        ) No. MAG 10-0268 GGH
                                 )
              Plaintiff,         )
                                 ) STIPULATION AND ORDER CONTINUING
     v.                          ) PRELIMINARY HEARING TO 12/14/10
                                 )
MIGUEL RONQUI-RUIZ,              ) Date    Dec. 15, 2010
              Defendant.         ) Time:   2:00 a.m.
                                 )
_____)
```

    IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Dina L. Santos, Counsel for Defendant Miguel Ronqui Ruiz, that the preliminary hearing scheduled for November 30, 2010, be continued to December 15, 2010, at 2:00 p.m.

    The government has proposed pre-indictment resolution of this matter.  In light of the settlement discussions and the need to produce and review investigative reports, the defense is requesting additional time for attorney preparation and time to have a certified Spanish interpreter meet with the client.

    The government and defendant agree that the combination of settlement discussions and production/review of investigation reports

1  constitute good cause to extend the time for preliminary hearing under
2  Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy
3  Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion of time
4  includes the period up to and including DECEMBER 15, 2010.
5      All counsel agree with this request and have authorized Ms. Santos
6  to sign this stipulation on their behalf.

8  DATED: November 29, 2010        By: /s/ Dina L. Santos for
                                       TODD D. LERAS
9                                      Assistant U.S. Attorney

11 DATED: November 29, 2010        By: /s/ Dina L. Santos
                                       DINA L. SANTOS
12                                     Attorney for Defendant
                                       MIGUEL RONQUI RUIZ
13     **IT IS HEREBY ORDERED**:
14     1.      The preliminary hearing set for November 30, 2010, is
15 continued to December 15, 2010, at 2:00 p.m.
16     2.      Based on the stipulations and representations of the
17 parties, the Court finds good cause to extend the time for the
18 preliminary hearing, and time is excluded up to and including November
19 10, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable
20 time to prepare)).
21 Date: November 29, 2010

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                2